UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MTISHA JACKSON**                                                                                     **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:15cv143-CWR-FKB**

**MCDONALD DISTRIBUTION**                                                    **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball, which was signed and docketed on June 22, 2015. Docket No. 7. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*. at 3.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice for failure to state a claim.

**SO ORDERED**, this the 31th day of July, 2015.

                                                                s/ Carlton W. Reeves
                                                              UNITED STATES DISTRICT JUDGE